UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO LEDESMA-ACEVES,<br><br>        Defendant. | No. CR-06-07-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the defendant's motion to vacate his sentence; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion to vacate his sentence **(Ct. Rec. 53) is granted.**

2. The defendant's sentence is **vacated.**

3. The defendant will be resentenced on **May 5, 2009, at 1:30 p.m. in Spokane, Washington.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___26th___ day of March, 2009.

                                       s/ Fred Van Sickle
                                         Fred Van Sickle
                      Senior United States District Judge

ORDER - 1